B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of California
### San Francisco Division

In re **Green Horizon Manufacturing, LLC**                      Case No. **14-30105**
                        Debtor
                                                                Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Billie Russell** 7201 Country Club Drive La Jolla, CA 92037 | | Business Debt | UNLIQUIDATED | $750,000.00 |
| **Peyton Bachan** 921 El Serano Ct. Aptos, CA 95201 | | Business Debt | UNLIQUIDATED | $675,000.00 |
| **Bob Booth** 2220 Vistazo East Tiburon, CA 94920 | | Business Debt | UNLIQUIDATED | $375,000.00 |
| **Mike Morehouse** 18402 Picacho Road Rio Verde, AZ 85263 | | Business Debt | UNLIQUIDATED | $325,000.00 |
| **Intelligent Energy** Charnwood Building Holywell Park Ashby Rd, Loughborough Leicestershire LE11 36H UK | | Business Debt | UNLIQUIDATED SUBJECT TO SETOFF | $300,000.00 |
| **Tom Kadlec** 26907 North Agua Verde Drive Rio Verde, AZ 85263 | | Business Debt | UNLIQUIDATED | $275,000.00 |

In re **Green Horizon Manufacturing, LLC** , Case No. _____
                          Debtor              Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Port of Stockton**<br>2261 West Washington St.<br>Stockton, CA 95201 | | **Disputed Business Debt** | **UNLIQUIDATED DISPUTED** | $265,000.00 |
| **Chris deGara**<br>4328 Laurel Grove Ave.<br>Studio City, CA 91604 | | **Business Debt** | **UNLIQUIDATED** | $125,000.00 |
| **Robert deGara**<br>209 N. Atlantic Blvd., Apt. 12F<br>Ft. Lauderdale, FL 33304 | | **Business Debt** | **UNLIQUIDATED** | $125,000.00 |
| **David Burns**<br>18300 E. Tonto Verde Dr.<br>Rio Verde, AZ 85263 | | **Business Debt** | **UNLIQUIDATED** | $125,000.00 |
| **Spencer Stephen**<br>**Yvonne Evans**<br>4328 Laurel Grove Ave.<br>Studio City, CA 91604 | | **Business Debt** | **UNLIQUIDATED** | $125,000.00 |
| **Bill Eral**<br>100 Cypress Ave.<br>Mill Valley, CA 94941 | | **Business Debt** | **UNLIQUIDATED** | $125,000.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Green Horizon Manufacturing, LLC**                          , Case No. _____

                                      Debtor                          Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Stan Miller**<br>P. O. Box 234<br>El Granada, CA  94018 | | Business Debt | UNLIQUIDATED | $125,000.00 |
| **Antonio Macaluso**<br>713 Judith Court<br>Petaluma, CA  94952 | | Business Debt | UNLIQUIDATED | $115,000.00 |
| **Ace Stojanovski**<br>120 Bulkley Ave., #100<br>Sausalito, CA  94965 | | Business Debt | UNLIQUIDATED | $95,000.00 |
| **Encinal Del Monte Plant48 Reuse LLC**<br>**Attn: Chengben Wang, Managing Membr**<br>1278 Reamwood Ave.<br>Sunnyvale, CA  94089 | | Disputed Rent Claim | UNLIQUIDATED<br>DISPUTED<br>SUBJECT TO SETOFF | $84,000.00 |
| **Walden Structures**<br>801 Opal Avenue<br>Mentone, CA  92359 | | Business Debt | UNLIQUIDATED<br>SUBJECT TO SETOFF | $65,000.00 |
| **Alumet**<br>150 Lackawanna Ave.<br>Parsipanny, NJ 07054 | | Business Debt | UNLIQUIDATED | $20,000.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Green Horizon Manufacturing, LLC**, Case No. _____

Debtor

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Central Valley Hardware Co.**<br>924 East Church St.<br>Stockton, CA 95203 | | Business Debt | UNLIQUIDATED | $12,000.00 |
| **Coast Aluminum & Architectural**<br>30551 Huntwood Ave.<br>Hayward, CA 94544 | | Business Debt | UNLIQUIDATED | $5,400.00 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, James D. Pope, Managing Member of the limited liabiltiy company named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **1/26/2014**    Signature: **/s/ James D. Pope**

**James D. Pope ,Managing Member**
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.