**United States Bankruptcy Court**

**Northern District of California**

**San Francisco Division**

In re  **Green Horizon Manufacturing, LLC**        Case No.   __12-30105__

Debtor

Chapter   __11__

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 1,600,000.00 | | |
| B - Personal Property | YES | 3 | $ 8,937,800.22 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $ 724,960.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 53,876.76 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 12 | | $ 4,492,752.49 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 22 | $ 10,537,800.22 | $ 5,271,589.25 | |

In re:   **Green Horizon Manufacturing, LLC**                                Case No.   **12-30105**

                              **Debtor**                                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Leasehold Interest 65,000 sq.ft located at 1501 Buena Vista, Bay 4 Alameda, CA 94501** | | | **$1,600,000.00** | **$    0.00** |
| | **Total** | Ø | **$1,600,000.00** | |

(Report also on Summary of Schedules.)

In re   **Green Horizon Manufacturing, LLC**                                          ,   Case No.   **12-30105**

                                   Debtor                                                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Acct of Green Horizon Global at Chase Bank, NA, Marina Village Branch, Alameda, CA** | | 15,600.22 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Draper Law Offices retainer for legal fees** | | 25,000.00 |
| Security deposits with public utilities, telephone companies, landlords, and others. | | **Lease Deposit held by Ensinal Del Monte Plant 48 Re-use LLC** | | 12,000.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

In re   **Green Horizon Manufacturing, LLC** _____,   Case No.   __12-30105_____
                                          Debtor                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Refund of Lease deposit held by Port of Stockton** | | **35,200.00** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Claim against Ensinal Del Monte Plant 48 Re-use LLC for loss of business & intentional interference with leasehold, quiet enjoyment & business operations arising out of discontinuing water and services at leased factory site** | | **800,000.00** |
| Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Claim against TR&A Inc for fraud (misrepresentation of its credentials and its ability to provide HUD certification)** | | **2,000,000.00** |
| Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Claim against Wells Fargo Bank for loss or destruction of prototype unit stored in REO building at 3135 Folsom St, San Francisco** | | **125,000.00** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Patents, pending patents, inventions and other IP owned by James Pope but assigned to Green Horizon Manufacturing LLC for use as security for loans (see attached list)** | | **1,000,000.00** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **FEMA Contract to build & supply emergency housing in the event of a west coast catastrophe** | | **4,500,000.00** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **see attached list** | | **15,000.00** |
| 29. Machinery, fixtures, equipment and supplies used in business. | | **see attached list** | | **35,000.00** |
| 30. Inventory. | | **4 modular house units (work in progress, pending pressure-testing of water system & interior finish)** | | **120,000.00** |

In re  **Green Horizon Manufacturing, LLC** _____,  Case No.  **12-30105** _____

.                                  Debtor                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 30. Inventory. | | **demonstation unit (house attached to trailor for demonstration mobility)** | | **16,000.00** |
| Inventory. | | **demonstration unit (house with garage)** | | **14,000.00** |
| Inventory. | | **prototype central service unit (built to show hydrogen fuel cell technology, a new type of solor technology, graywater technology, desalinization technology developed with Parker Hannifen; funded by Intelligent Energy** | | **225,000.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested.  Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____2_____  continuation sheets attached          Total ▸  ∅          **$8,937,800.22**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**In Re Green Horizon Manufacturing LLC**
**CANB Case No. 14-30105 DM**

**Equipment List**

| Date | Num | Memo | Cost |
|------|-----|------|------|
| 06/05/2008 | | Table Saw | -2,500.00 |
| 06/05/2008 | | Altendorf Sander | -6,500.00 |
| 06/05/2008 | | Foam shreader | -450.00 |
| 06/05/2008 | | chop saw | -340.00 |
| 06/05/2008 | | chopsaw | -350.00 |
| 06/05/2008 | | nailgun | -100.00 |
| 06/05/2008 | | nail gun | -100.00 |
| 06/05/2008 | | nail gun | -100.00 |
| 06/05/2008 | | nail gun | -100.00 |
| 06/05/2008 | | air insert set | -295.00 |
| 06/05/2008 | | Pinch Roller | -2,500.00 |
| 06/05/2008 | | Panel Press | -2,100.00 |
| 06/05/2008 | | nailer | -100.00 |
| 12/27/2013 | | cnc machine | -11,000.00 |
| 12/27/2013 | | computor equipment | -9,551.55 |
| 12/27/2013 | | Forklift | -5,000.00 |
| 12/27/2013 | | Sander | -3,500.00 |
| 01/26/2014 | | lincoln welder | -3,500.00 |
| 01/26/2014 | | lincoln power mig | -2,500.00 |
| 01/26/2014 | | bosch ts 3000 gravity rise | -340.00 |
| 01/26/2014 | | T-50-350 aluminum cut off saw | -2,300.00 |
| 01/26/2014 | | Boss heavy duty drill press | -400.00 |
| 01/26/2014 | | Powermatic drill press | -540.00 |
| 01/26/2014 | | mitusbishi power lift | -600.00 |
| | | | -54,766.55 |

**TOTAL**                                                     **-54,766.55**

**In Re Green Horizon Manufacturing LLC**
**CANB Case No. 14-30105 DM**

**List of Patents in USPTO database**
**for Green Horizon Manufacturing**
5 patents

| | |
|---|---|
| 8,151,537 | Method for deploying cooperating prefabricated structures |
| 7,930,857 | Deployable prefabricated structure with an extension structure and a deployable floor |
| 7,926,226 | Deployable prefabricated structure with an extension structure that is sealable to the prefabricated structure upon deployment from the prefabricated structure |
| 7,895,794 | Deployable prefabricated structure with an extension structure and interlocking elements |
| 7,823,337 | Deployable prefabricated structure with a nested extension structure |

**In Re Green Horizon Manufacturing LLC**
**CANB Case No. 14-30105 DM**

**List of Patent Applications in USPTO database**
**for Green Horizon Manufacturing**
12 applications

| | |
|---|---|
| 20100320708 | System And Method Of Transporting And Positioning A Deployable Prefabricated Structure |
| 20100024353 | Method For Deploying Prefabricated Structures Arranged In A Complementary Layout |
| 20100024352 | System Of Prefabricated Structures Arranged In A Complementary Layout |
| 20100024351 | Method Of Deploying And Redeploying A Prefabricated Structure |
| 20100024350 | Method For Deploying Cooperating Prefabricated Structures |
| 20100024349 | Method Of Deploying A Prefabricated Structure |
| 20100024322 | System And Method To Stabilize A Prefabricated Structure |
| 20100024319 | System Of Cooperating Prefabricated Structures |
| 20100024317 | Deployable Prefabricated Structure With An Extension Structure And Interlocking Elements |
| 20100024316 | Deployable Prefabricated Structure With An Extension Structure And A Deployable Floor |
| 20100024315 | Deployable Prefabricated Structure With An Extension Structure That Is Sealable To The Prefabricated Structure Upon Deployment From The Prefabricated Structure |
| 20100024314 | Deployable Prefabricated Structure With A Nested Extension Structure |

In re   **Green Horizon Manufacturing, LLC** .          Case No.   **12-30105**

                    Debtor                                                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

q      Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**D. Andrew Sirkin, Trustee**<br>**Andrew Sirkin Trust**<br>**250 Montgomery St., Suite 1200**<br>**San Francisco, CA  94104** | | | **Convertible Note**<br><br>**VALUE $0.00** | | X | | 300,000.00 | 300,000.00 |
| **ACCOUNT NO.**<br><br>**Intelligent Energy**<br>**Charnwood Building**<br>**Holywell Park**<br>**Ashby Rd, Loughborough**<br>**Leicestershire LE11 36H   UK** | | | **note & advance payment for unsold prototype**<br><br>**prototype central service unit (built to show hydrogen fuel cell technology, a new type of solor technology, graywater technology, desalinization technology developed with Parker Hannifen**<br><br>**VALUE $225,000.00** | | X | | 354,960.00 | 129,960.00 |

1       continuation sheets
        attached

Subtotal     ø                                          $        654,960.00  $       429,960.00
(Total of this page)

Total     ø                                             $                    $
(Use only on last page)

                                                        (Report also on Summary of   (If applicable, report
                                                        Schedules)                   also on Statistical
                                                                                     Summary of Certain
                                                                                     Liabilities and
                                                                                     Related Data.)

In re  **Green Horizon Manufacturing, LLC**                    .        Case No.  **12-30105**

Debtor                                                 (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | working capital loan (usurious) | X | X | | 70,000.00 | 70,000.00 |
| **Meridian Working Capital LLC** **850 Jetty Lane** **Chula Vista, CA  91914** **Meridian Working Capital LLC** **1166 East Warner Rd Suite 113** **Gilbert, AZ  85296** **Meridian PO Finance LLC** **c/o Gordon & Reese LLP** **Attn:  Jordan S. Altura** **275 Battery St, Suite 2000** | | | VALUE $0.00 | | | | | |

Sheet no.  _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal      ø
(Total of this page)

| | |
|---|---|
| $      **70,000.00** | $      **70,000.00** |

Total      ø
(Use only on last page)

| | |
|---|---|
| $      **724,960.00** | $      **499,960.00** |

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re   **Green Horizon Manufacturing, LLC**                                                 Case No.   **12-30105**

                                      Debtor                                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

q   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

q   **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

q   **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

q   **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

q   **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

q   **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

q   **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

q   **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

q   **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

q   **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                     _1_  **continuation sheets attached**

In re   **Green Horizon Manufacturing, LLC**                                          ,        Case No.    **12-30105**
_____                                               _____
Debtor                                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **26-2364296**<br>**CA EDD**<br>**P.O. Box 826880**<br>**Sacramento, CA  94280-0001**<br><br>**CA EDD**<br>**P.O/ Box 989150**<br>**West Sacramento, CA 95798-9150** | | | **10/13/2013**<br>**employer payroll taxes**<br>**(per assessment)**<br>**4Q2011 - 1Q2013** | | | X | **13,876.76** | **13,876.76** | **$0.00** |
| ACCOUNT NO.<br>**CA FTB**<br>**PO Box 942867**<br>**Sacramento, CA  94267-0011** | | | **Notice purposes only** | X | | | **0.00** | **0.00** | **$0.00** |
| ACCOUNT NO.<br><br>**Donald R. White**<br>**Alameda County Tax Collector**<br>**1221 Oak Street**<br>**Oakland, CA  94612-4285** | | | **Notice purposes only** | X | | | **0.00** | **0.00** | **$0.00** |
| ACCOUNT NO.<br><br>**IRS**<br>**Internal Revenue Service**<br>**P.O. Box 105078**<br>**Atlanta, GA  30348-5078**<br><br>**Internal Revenue Service**<br>**Insolvency Group 2**<br>**1301 Clay Street, M/S 1400S**<br>**Oakland, CA  94612**<br><br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | | | **unpaid taxes (estimated)** | X | X | | **40,000.00** | **40,000.00** | **$0.00** |

Sheet no.  _1_ of  _1_  continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals⊘<br>(Totals of this page) | $ **53,876.76** | $ **53,876.76** | $ **0.00** |
| Total ⊘<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **53,876.76** | | |
| Total ⊘<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ **53,876.76** | $ **0.00** |

B6F (Official Form 6F) (12/07)

In re **Green Horizon Manufacturing, LLC**                    Case No. **12-30105**
_____
                                        **Debtor**                                           **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

q      Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**AAA Fire Protection Services**<br>P.O. Box 3626<br>Hayward, CA  94540 | | | 07/17/2013<br><br>materials & services, sprinkler system | | | | 13,053.78 |
| ACCOUNT NO.<br><br>**Ace Stojanovski**<br>120 Bulkley Ave., #100<br>Sausalito, CA  94965 | | | **Convertible Note** | X | | | 117,084.00 |
| ACCOUNT NO.<br><br>**Airgas USA LLC**<br>P.O. Box 7423<br>Pasadena, CA  91109 | | | 11/30/2013<br><br>welding equipment & supplies | | | | 7,404.59 |
| ACCOUNT NO.<br><br>**Alameda County Industries**<br>2307 Blanding Ave., Suite B<br>Alameda, CA 94501 | | | refuse collection | | | X | 1,763.62 |

_11_   Continuation sheets attached

|  | | |
|---|---|---|
| Subtotal ∅ | $ | 139,305.99 |
| Total ∅ | $ | |

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

In re  **Green Horizon Manufacturing, LLC**                    Case No.  <u>12-30105</u>
_____                          _____
                        Debtor                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Alameda Electric Distributor** <br>**AED c/o CST** <br>**26250 F Corporate Ave.** <br>**Hayward, CA  94545** <br><br>**Wesco Insurance Co.** <br>**c/o AmTrust Claims** <br>**P.O. Box 650767** <br>**Dallas, TXC  75265-0767** <br><br>**CMA Credit Management Association** <br>**40 East Verdugo Ave., 2nd Floor** <br>**Burbank, CA  91502** | | | 06/26/2013 <br><br> electrical supplies | | | | 6,181.17 |
| ACCOUNT NO. <br><br>**Alternative Fire Protection Services** <br>**28701 Hwy 74** <br>**Lake Elsinore, CA  92532** | | | 04/30/2013 <br><br> install & test 2 mobile units | | | X | 1,900.00 |
| ACCOUNT NO. <br><br>**Alumet Supply** <br>**150 Lackawanna Ave.** <br>**Parsipanny, NJ 07054** | | | Materials | | | | 19,586.71 |
| ACCOUNT NO. <br><br>**Antonio Macaluso** <br>**713 Judith Court** <br>**Petaluma, CA  94952** | | | Convertible Note | X | | | 108,000.00 |

Sheet no. <u>1</u> of <u>11</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ∅  $                                    **135,667.88**

Total  ∅  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Green Horizon Manufacturing, LLC**        Case No.   12-30105

                        Debtor                                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Atlas Roofing** <br> **802 Highway 19 North** <br> **Suite 190** <br> **Meridian, MS 39307** | | | | | X | X | 13,639.58 |
| ACCOUNT NO. <br><br> **Bill Eral** <br> **100 Cypress Ave.** <br> **Mill Valley, CA 94941** | | | drawing & drafting services | | X | | 125,000.00 |
| ACCOUNT NO. <br><br> **Billie Russell** <br> **7201 Country Club Drive** <br> **La Jolla, CA 92037** | | | **Convertible Note** | | X | | 863,975.96 |
| ACCOUNT NO. <br><br> **Bob Booth** <br> **2220 Vistazo East** <br> **Tiburon, CA 94920** | | | **Convertible Note** | | X | | 375,000.00 |

Sheet no. 2 of 11 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                Subtotal Ø $           **1,377,615.54**

                Total Ø $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Green Horizon Manufacturing, LLC**

Case No. **12-30105**

Debtor

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Central Valley Hardware Co.**<br>**924 East Church St.**<br>**Stockton, CA 95203**<br><br><br>**Central Valley Hardware Co.**<br>**P.O. Box 2008**<br>**Stockton, CA 95201-2008** | | | **Materials** | | | | 10,441.17 |
| ACCOUNT NO.<br><br>**Chris deGara**<br>**4328 Laurel Grove Ave.**<br>**Studio City, CA 91604** | | | **Convertible Note** | X | | | 127,979.07 |
| ACCOUNT NO.<br><br>**Coast Aluminum & Architectural**<br>**30551 Huntwood Ave.**<br>**Hayward, CA 94544** | | | **Materials** | | | | 3,802.62 |
| ACCOUNT NO.<br><br>**Comcast**<br>**P.O. Box 34227**<br>**Seattle, WA 98124** | | | **DSL service (purported 5-year service agreement)** | | | X | 6,317.04 |

Sheet no. _3_ of _11_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal Ø  $     **148,539.90**

Total Ø  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re    **Green Horizon Manufacturing, LLC**                                    Case No.    12-30105
                                        Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Conrock Distribution, Inc.<br>2440 Monarch St.<br>Alameda, CA 94501 | | | 12/01/2013<br><br>security deposit on purported sublease | | | | 1,350.00 |
| ACCOUNT NO.<br><br>David Burns<br>18300 E. Tonto Verde Dr.<br>Rio Verde, AZ 85263 | | | Convertible Note | X | | | 105,258.40 |
| ACCOUNT NO.<br><br>Encinal Del Monte Plant48 Reuse LLC<br>Attn: Chengben Wang, Managing Membr<br>1278 Reamwood Ave.<br>Sunnyvale, CA 94089<br><br>Anthony D. Giles, Esq.<br>580 California St., 12th Floor<br>San Francisco, CA 94104 | | | 08/07/2014                    Setoff<br><br>Rent - disputed - landlord disconnected utilities (in an effort to force debtor to move out) | X | X | | 84,000.00 |
| ACCOUNT NO.<br><br>Eon Technologies<br>1226 Lincoln Ave.<br>Alameda, CA 94501 | | | computer services | | | X | 6,773.00 |

Sheet no. _4_ of _11_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ∅ $                 197,381.40

Total ∅ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   **Green Horizon Manufacturing, LLC**
_____
                    **Debtor**

Case No.   **12-30105**   _____
                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Ethan's Service Plumbing**<br>**875 A  Island Dr., #358**<br>**Alameda, CA  94502** | | | 06/06/2013<br><br>plumbing services | | | | 9,760.00 |
| ACCOUNT NO.<br><br>**Fastenal**<br>**1048 W Fremont St, Suite A**<br>**Stockton, CA 95203** | | | **Materials** | | | X | 1,000.00 |
| ACCOUNT NO.<br><br>**Fliesler Meyer LLP**<br>**Attn: Sheldon R. Meyer**<br>**650 California St., 14th Floor**<br>**San Francisco, CA  94108** | | | Legal Services (patents) | | | X | 70,482.38 |
| ACCOUNT NO.<br><br>**Garzac Plumbing**<br>**27343 Industrial Blvd., Suite K**<br>**Hayward, CA  94501** | | | plumbing services | | | | 285.00 |
| ACCOUNT NO.<br><br>**GCX Corporation**<br>**P.O. Box 1410**<br>**Suisun City, CA  94585** | | | equipment supplier | | | | 24,363.66 |

Sheet no. _5_ of _11_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ∅ $   **105,891.04**

Total ∅ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

In re   __Green Horizon Manufacturing, LLC_____     Case No.   __12-30105_____
                                                         Debtor                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Green Oval Construction** 514 Munich San Francisco, CA  94112 | | | 07/31/2013 plumbinb & electrical work on 4 portable houses (work incomplete due to landlord shutting off water) | X | X | | 19,204.56 |
| ACCOUNT NO. **Greene Radovsky Maloney Share & Hen** Attn:  James F. Fotenos Four Embarcadero Center Suite 4000 San Francisco, CA  94111 | | | Legal services | | | | 53,093.32 |
| ACCOUNT NO. **Hamer Electric** 126 Industrial Way Longview, WA  98632 | | | electrical repair services | | | X | 2,557.60 |
| ACCOUNT NO. **James Coffelt** P.O. Box 3393 Freedom, CA  95019 | | | 01/01/2013 mover (transport product to Monterey) | | X | | 0.00 |
| ACCOUNT NO. **Mike Morehouse** 18402 Picacho Road Rio Verde, AZ  85263 | | | Convertible Note | | X | | 408,335.71 |

Sheet no. _6_ of _11_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal Ø  $         **483,191.19**

Total Ø  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   **Green Horizon Manufacturing, LLC**                  Case No.   **12-30105**

                                  Debtor                                  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Nielson Electric, Inc.**<br>**2527 Clement Ave., Suite A**<br>**Alameda, CA 94501** | | | 06/04/2013<br><br>electrical services and materials | | | X | 12,000.00 |
| ACCOUNT NO. <br><br>**Niven & Smith**<br>**Attn: John W. Bassett**<br>**425 California St., 15th Floor**<br>**San Francisco, CA 94104** | | | **Legal Services** | | | X | 55,748.83 |
| ACCOUNT NO. <br><br>**Nu Star**<br>**42 Otis**<br>**San Francisco, CA 94103** | | | furnace supplier | | | | 15,835.17 |
| ACCOUNT NO. <br><br>**Pace Supply**<br>**P.O. Box 6407**<br>**Rohnert Park, CA 94927**<br><br><br>**Commercial Collection Service, Inc.**<br>**P.O. Box 2220**<br>**Petaluma, CA 94953** | | | 06/25/2013<br><br>plumbing supplies | | | | 8,003.41 |

Sheet no. _7_ of _11_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

               Subtotal  Ø  $         **91,587.41**

                             Total  Ø  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re __Green Horizon Manufacturing, LLC__      Case No. __12-30105__
                     Debtor                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Pavao Electric**<br>**2425-A Clement Avenue**<br>**Alameda, CA  94501** | | | 04/30/2013<br><br>electrical services and materials | | | X | 2,998.01 |
| ACCOUNT NO.<br><br>**Peyton Bachan**<br>**921 El Serano Ct.**<br>**Aptos, CA  95201** | | | **Convertible Note** | X | | | 675,000.00 |
| ACCOUNT NO.<br><br>**Port of Stockton**<br>**2261 West Washington St.**<br>**Stockton, CA  95201** | | | **Disputed claim for "deferred" rent billed after move-out** | X | | X | 265,000.00 |
| ACCOUNT NO.<br><br>**Pure Health Solutions**<br>**P.O. Box 64406**<br>**Cinncinnati, OH 45264** | | | water purification | | | X | 287.76 |
| ACCOUNT NO.<br><br>**Robert deGara**<br>**209 N. Atlantic Blvd., Apt. 12F**<br>**Ft. Lauderdale, FL  33304** | | | **Convertible Note** | X | | | 127,384.00 |

Sheet no. _8_ of _11_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                       Subtotal  ⊘ $        **1,070,669.77**

                                         Total  ⊘ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re    **Green Horizon Manufacturing, LLC**

Case No.    12-30105

Debtor

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Sales Force.Com, Inc.** <br> **2975 Regent Blvd.** <br> **Ircing, TX 75063** | | | software subscription services | | | X | 720.00 |
| ACCOUNT NO. <br><br> **Seal Methods, Inc.** <br> **11915 Shoemaker Ave.** <br> **Santa Fe Springs, CA 90670** | | | 06/05/2013 <br><br> materials | | | | 17,539.56 |
| ACCOUNT NO. <br><br> **Spencer Stephen** <br> **Yvonne Evans** <br> **4328 Laurel Grove Ave.** <br> **Studio City, CA 91604** | | | Convertible Note | | X | | 125,000.00 |
| ACCOUNT NO. <br><br> **Stan Miller** <br> **P. O. Box 234** <br> **El Granada, CA 94018** | | | Convertible Note | | X | | 125,000.00 |
| ACCOUNT NO. <br><br> **Standard Saw Works, Inc.** <br> **181 -- 10th St.** <br> **Oakland, CA 94607** | | | 07/12/2013 <br><br> sharpening services | | | | 617.51 |

Sheet no.  9  of  11  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ∅  $      268,877.07

Total  ∅  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Green Horizon Manufacturing, LLC**       Case No. __12-30105__

                                 Debtor                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Thomas J. LaLanne <br> LaLanne Law Offices <br> 369 Broadway, Suite 201 <br> San Francisco, CA 94133 | | | Legal Services | | X | | 88,000.00 |
| ACCOUNT NO. <br><br> Tom Kadlec <br> 26907 North Agua Verde Drive <br> Rio Verde, AZ 85263 | | | Convertible Note | | X | | 284,435.00 |
| ACCOUNT NO. <br><br> TR&A, Inc. <br> 2440 Mariposa Street <br> San Francisco, CA 94110 | | | 11/30/2012 <br><br> Certification services | | | X | 18,208.52 |
| ACCOUNT NO. <br><br> Tradesmen International <br> 9760 Shepard Road <br> Macedonia, OH 44056 | | | 07/28/2013 <br><br> welding personnel | | | X | 18,195.80 |
| ACCOUNT NO. <br><br> UPS <br> P.O. Box 894820 <br> Los Angeles, CA 90189 | | | shipping | | | X | 185.98 |

Sheet no. _10_ of _11_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                Subtotal ∅ $            **409,025.30**

                                  Total ∅ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __Green Horizon Manufacturing, LLC__                                    Case No. __12-30105__
                                                                                              (If known)
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Walden Structures** **801 Opal Avenue** **Mentone, CA  92359** | | | **Setoff** Materials & services | | X | | 65,000.00 |

Sheet no. _11_ of _11_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  Ø  $          65,000.00

Total  Ø  $        4,492,752.49

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re: **Green Horizon Manufacturing, LLC** _____ ,     Case No.   <u>12-30105</u> _____

                              **Debtor**                                                                 (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

q   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Conrock Distribution, Inc.**<br>**2440 Monarch St.**<br>**Alameda, CA  94501** | **purported sublease / storage agreement** |
| **Draper Law Offices**<br>**75 Broadway, Suite 202**<br>**San Francisco, CA  94111** | **legal services** |
| **Encinal Del Monte Plant48 Reuse LLC**<br>**Attn: Chengben Wang, Managing Membr**<br>**1278 Reamwood Ave.**<br>**Sunnyvale, CA  94089** | **unexpired lease for 2301 Buena Vista Ave, Bay 4** |
| **FEMA** | **contract to supply emergency housing on West Coast (up to $5 million per year)** |
| **GSA** | **contract to provide products and services to the federal government** |

In re   **Green Horizon Manufacturing, LLC** _____      Case No.    **12-30105** _____

                                    **Debtor**                                                                                           (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I **James D. Pope**, the **Managing Member** of the **Corporation** named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **25**_____ sheets *(Total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **2/10/2014** _____            Signature:     **/s/ James D. Pope** _____

                                                                                **James D. Pope Managing Member** _____

                                                                                 [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*