# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re                                                   Case No. *14-30105 DM*
                                                        Chapter *11*

*Green Horizon Manufacturing LCC*,

_____ Debtor/

Attorney for Debtor: **Ann McFarland Draper**


## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation
      of and in connection with this case:            *$ hourly*
   b) Prior to the filing of this statement, debtor(s) have paid:   *$ 25,000.00*
   c) The unpaid balance due and payable is:          *$ 0*

3. *$1,213.00 of the Chapter 11 filing fee* in this case has been paid.

4. The Services rendered or to be rendered include the following:
   A. Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   B. Preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
   C. Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from assets and earnings, including loan made to the debtor by one of its noteholders (Billie Russell).

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and none other.

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated: *security interest in pre-filing retainer.*

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:  *None.*

Dated:  February 17, 2014               Respectfully submitted,


                                         /s/ Ann McFarland Draper_____
                    Attorney for Debtor: Ann McFarland Draper
                                         Draper Law Offices
                                         75 Broadway, Suite 202
                                         San Francisco, CA  94111
                                         (415) 989-5620